IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* RICHARD LIEBLICH, <br><br> Plaintiffs, <br><br> vs. <br><br> PREMISE HEALTH SYSTEMS, INC.; DESCHUTES COUNTY, OREGON; and, PRESCRYPTIVE HEALTH, INC., <br><br> Defendants. | Case No. _____ <br><br> JURY TRIAL DEMANDED <br><br> **UNDER SEAL** <br> **Pursuant to 31 U.S.C. § 3730(b)(2)** |

## RELATOR'S MOTION TO SEAL PURSUANT TO 31 U.S.C. § 3730

Relator, Richard Lieblich., hereby submits this Motion to Seal pursuant to 31 U.S.C. § 3730. In support of this motion, Relator states as follows:

1. Relator brings this qui tam action pursuant to 31 U.S.C. § 3730(b), which states that "a person may bring a civil action for a violation of [31 U.S.C. § 3729] for the person and for the United States Government . . . in the name of the Government."

2. Section 3730(b) further provides that the qui tam "complaint shall be filed in camera, shall remain under seal for at least 60 days, and shall not be served on the defendant until the court so orders."

3. Accordingly, Relator submits the attached qui tam Complaint to be filed under seal. Relator anticipates that the duration of the seal will last approximately sixty days, unless the Government exercises its ability to file a motion seeking "extensions of the time during which the complaint remains under seal" pursuant to 31 U.S.C. § 3730(b)(3).

WHEREFORE, Relator respectfully requests that the Court enter an order granting

Relator's Motion to Seal and allowing Relator to file the qui tam Complaint under seal.

|  |  |
|---|---|
| DATED:   October 7, 2024 | Respectfully submitted, |

By: /s/ Michael Hamilton

Michael Hamilton (010720)
Patrick Barrett (020394)
**PROVOST UMPHREY LAW FIRM, LLP**
4205 Hillsboro Pike #303
Nashville, TN  37215
Tel:   615-297-1932
mhamilton@provostumphrey.com
pbarrett@provostumphrey.com

*Local Counsel for Plaintiff-Relator Richard Lieblich*

Kirk Chapman (*pro hac vice*)
**KIRK CHAPMAN LAW LLC**
Rolando G. Marquez (*pro hac vice*)
   (Of Counsel to Kirk Chapman Law LLC)
415 East 37th Street, #29K
New York, NY  10016
Tel:   (917) 742-0402
kirkchapmanlaw@gmail.com
rolandomarquez@aol.com

*Primary Counsel for Plaintiff-Relator Richard Lieblich*

*Pro Hac Vice Applications Forthcoming*